# FINANCIAL DISCLOSURE REPORT
## INITIAL FILING

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| | | |
|---|---|---|
| **1. Person Reporting** (last name, first, middle initial)<br><br>Kruse, Brian S. | **2. Court or Organization**<br><br>U.S. Bankruptcy Court, District of Nebraska | **3. Date of Report**<br><br>08/25/2021 |
| **4. Title** (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>U.S. Bankruptcy Judge - Active | **5a. Report Type** (check appropriate type)<br><br>☐ Nomination    Date<br>☑ Initial    ☐ Annual    ☐ Final<br>**5b.** ☑ Amended Report | **6. Reporting Period**<br><br>01/01/2019<br>**to**<br>05/08/2020 |

**7. Chambers or Office Address**

Thomas V. Denny Federal Building
100 Centennial Mall North, Room 463
Lincoln, NE 68508

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions )*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Partner / Managing Partner (and see Part VIII) | Rembolt Ludtke LLP |
| 2. | President and Secretary | Ben Sasse for U.S. Senate, Inc. (resigned September, 2019) |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions )*

☐ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. 01/01/2020 | Rembolt Ludtke LLP, agreement for payment of interest in former law firm |
| 2. 01/01/2020 | Rembolt Ludtke LLP, agreement for payment as Of-Counsel attorney |
| 3. | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions )*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | 2018 | Rembolt Lutdke LLP law firm K1 income (1040 Line 6) | $220,266.00 |
| 2. | 2019 | Rembolt Lutdke LLP law firm K1 income (estimated see Part VIII) | $231,588.00 |
| 3. | 2020 | Rembolt Lutdke LLP law firm of counsel income (Janaury 1 - March 16, 2020) | $38,225.79 |
| 4. | 2020 | Rembolt Ludtke LLP law firm buyout income (total through April 30, 2020) | $8,000.00 |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS *-- transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | Exempt | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Kruse, Brian S. | 08/25/2021 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☐ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. Exempt | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Kruse, Brian S. | 08/25/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Fidelity - Cash Account | A | Interest | J | T | | | | | |
| 2. Pinnacle Bank - Cash Account | A | Interest | J | T | | | | | |
| 3. HSA Bank Account HSA - Cash Account | A | Interest | | | | | | | |
| 4. Fidelity Brokerage Account (H) | | | | | | | | | |
| 5. -- Fidelity 500 Index Fund (FXAIX) | A | Dividend | J | T | Exempt | | | | |
| 6. -- Cash | A | Interest | J | T | Exempt | | | | |
| 7. Fidelity Traditional IRA: Rollover of 401K Funds (H) | | | | | | | | | |
| 8. -- Cash | A | Interest | O | T | Exempt | | | | |
| 9. Rembolt Ludtke LLP 401(k) Fidelity (H) | | | | | | | | | |
| 10. -- Alger Spectra Fund Class Z ASPZX | D | Dividend | | | Exempt | | | | |
| 11. -- American Funds EuroPacific Growth Fund Class R-6 RERGX | C | Dividend | | | Exempt | | | | |
| 12. -- Baron Small Cap Fund Class R6 BSCUX | C | Dividend | | | Exempt | | | | |
| 13. -- BlackRock Equity Dividend Fund K Shares MKDVX | E | Dividend | | | Exempt | | | | |
| 14. -- Federated Total Retun Gov't Bond Fund | A | Dividend | | | Exempt | | | | |
| 15. -- Fidelity 500 Index Fund FXAIX | A | Dividend | | | Exempt | | | | |
| 16. -- Fidelity Contrafund K6 FLCNX | A | Dividend | | | Exempt | | | | |
| 17. -- Fidelity International Index Fund FSPSX | | None | | | Exempt | | | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Kruse, Brian S. | 08/25/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐  NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 18. -- Fidelity U.S. Bond Index Fund FXNAX | A | Dividend | | | Exempt | | | | |
| 19. -- Invesco Oppenheimer Developing Markets Fund Class R6 ODVIX | | None | | | Exempt | | | | |
| 20. -- Ivy Mid Cap Growth Fund Class N IGRFX | C | Dividend | | | Exempt | | | | |
| 21. -- John Hancock Funds Disciplined Value Mid Cap Class R6 JVMRX | B | Dividend | | | Exempt | | | | |
| 22. -- PIMCO Investment Grade Corp. Bond Fund Institutional Class PIGIX | C | Dividend | | | Exempt | | | | |
| 23. -- T. Rowe Price Small-Cap Value Fund I Class PRVIX | B | Dividend | | | Exempt | | | | |
| 24. -- Vanguard Federal Money Market Fund Investor Shares VMFXX | A | Dividend | | | Exempt | | | | |
| 25. Fidelity Roth IRA #1 (H) | | | | | | | | | |
| 26. -- Apple Inc. (AAPL) | A | Dividend | | | Exempt | | | | |
| 27. -- Carlyle Group LP Com UTS Ltd Ptn (CG) | | None | | | Exempt | | | | |
| 28. -- DocuSign, Inc. (DOCU) | | None | | | Exempt | | | | |
| 29. -- Mastercard Incorporated (MA) | A | Dividend | | | Exempt | | | | |
| 30. -- NVIDIA Corp (NVDA) | A | Dividend | | | Exempt | | | | |
| 31. -- Paycom Software Inc. (PAYC) | | None | | | Exempt | | | | |
| 32. -- Stitch Fix Inc. (SFIX) | | None | | | Exempt | | | | |
| 33. -- Fidelity Government Cash Reserves (FDRXX) | A | Interest | L | T | Exempt | | | | |
| 34. Fidelity Roth IRA #2 (H) | | | | | | | | | |

| 1 Income Gain Codes:<br>(See Columns B1 and D4) | A =$1,000 or less<br>F =$50,001 - $100,000 | B =$1,001 - $2,500<br>G =$100,001 - $1,000,000 | C =$2,501 - $5,000<br>H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000<br>H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2 Value Codes<br>(See Columns C1 and D3) | J =$15,000 or less<br>N =$250,001 - $500,000<br>P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000<br>O =$500,001 - $1,000,000 | L =$50,001 - $100,000<br>P1 =$1,000,001 - $5,000,000<br>P4 =More than $50,000,000 | M =$100,001 - $250,000<br>P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes<br>(See Column C2) | Q =Appraisal<br>U =Book Value | R =Cost (Real Estate Only)<br>V =Other | S =Assessment<br>W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Kruse, Brian S. | 08/25/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. -- Berkshire Hathaway Inc. B Shares (BRK B) | | None | | | Exempt | | | | |
| 36. -- Costco Wholesale Corp (COST) | A | Dividend | J | T | Exempt | | | | |
| 37. -- Disney (DIS) | A | Dividend | J | T | Exempt | | | | |
| 38. -- Starbucks Corp (SBUX) | A | Dividend | J | T | Exempt | | | | |
| 39. -- UnitedHealth Group (UNH) | A | Dividend | J | T | Exempt | | | | |
| 40. -- Vanguard Index 500 (VFINX) | A | Dividend | K | T | Exempt | | | | |
| 41. -- Fidelity Government Cash Reserves (FDRXX) | A | Interest | K | T | Exempt | | | | |
| 42. TD Ameritrade HSA (H) | | | | | | | | | |
| 43. -- Alphabet Inc. - Class C (GOOG) | | None | | | Exempt | | | | |
| 44. -- CME Group Inc. (CME) | A | Dividend | | | Exempt | | | | |
| 45. -- Markel Corporation (MKL) | | None | | | Exempt | | | | |
| 46. -- The Trade Desk, Inc. (TTD) | | None | | | Exempt | | | | |
| 47. -- Cash | A | Interest | | | Exempt | | | | |
| 48. Fidelity HSA (H) | | | | | | | | | |
| 49. -- Cash | A | Interest | L | T | Exempt | | | | |
| 50. Nebraska NEST 529 Plan (H) | | | | | | | | | |
| 51. -- State Street S&P 500 Index | A | Dividend | J | T | Exempt | | | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Kruse, Brian S. | 08/25/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Place "(X)" after each asset exempt from prior disclosure | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52.   -- Vanguard Total Stock Market Index | A | Dividend | J | T | Exempt | | | | |
| 53.   -- Vanguard Equity Income | A | Dividend | J | T | Exempt | | | | |
| 54.   -- T. Rowe Price Large Cap Growth | A | Dividend | J | T | Exempt | | | | |
| 55.   -- Tributary Small Company | A | Dividend | J | T | Exempt | | | | |
| 56.   -- Vanguard REIT Index | A | Dividend | J | T | Exempt | | | | |
| 57. | | | | | | | | | |
| 58. | | | | | | | | | |
| 59. | | | | | | | | | |
| 60. | | | | | | | | | |
| 61. | | | | | | | | | |
| 62. | | | | | | | | | |
| 63. | | | | | | | | | |
| 64. | | | | | | | | | |
| 65. | | | | | | | | | |
| 66. | | | | | | | | | |
| 67. | | | | | | | | | |
| 68. | | | | | | | | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Kruse, Brian S. | 08/25/2021 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. | | | | | | | | | |
| 70. | | | | | | | | | |
| 71. | | | | | | | | | |
| 72. | | | | | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Kruse, Brian S.** | 08/25/2021 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

I was a member of the panel of Chapter 7 bankrtupcy trustees for Nebraska during 2018, 2019, and 2020. I acted in this capacity as a lawyer at Rembolt Ludtke LLP. All Chapter 7 trustee fees were paid to the law firm. I was paid by the firm not directly from any of the bankruptcy estates.

Part III-A, Item 2, income as a partner of the law firm of Rembolt Ludtke LLP is estimated based upon a draft K1 received from the firm's accountants. At the time this rerport was completed, the firm had not yet filed its tax return. As such I have not yet filed a tax return for 2019. I will supplement to the extent the acutal income amount is materially greater than listed.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature:  **s/ Brian S. Kruse**

**NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)**

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544